**Exhibit A to the Complaint**

**Location:** Little Ferry, NJ  
**Total Works Infringed:** 33

**IP Address:** 173.63.86.181  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1325BD109A0C04C40579B2481789C4DD7ED64257<br>File Hash: 30D42B3F6C3D83BA3BCC70874311F84CC0C4110F16C4E6E166B0B2443EC5CB1D | 09/23/2024 17:48:54 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 2 | Info Hash: EA2C3817B99CCE33999B99E6F4732C463CDC924B<br>File Hash: AF131A630997E6F2B598E5EE0B901AD1466749E6A95261321A4D9A3B7B105104 | 09/19/2024 18:07:08 | Blacked Raw | 09/16/2024 | 10/16/2024 | PA0002494705 |
| 3 | Info Hash: 5AB513B197841E143F58F0CA42C37D2A371DA780<br>File Hash: 0E12C3C6080CD49530566D725BB70FB0C42DD3AC43DDE0DB5684AD4EAC16FA01 | 08/27/2024 22:51:09 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |
| 4 | Info Hash: D857E3982421B51471457E22DDB31C2C1E057DB8<br>File Hash: 93A666BA56E314F8C65B7AF0D615993A3BD4435EB3887EF0C02B6E3DEB03EBF5 | 08/10/2024 23:55:27 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |
| 5 | Info Hash: 85D4FA6DB333946BAB0CB81613FEED626D1EDE6C<br>File Hash: E8616A193783377B039E2B096CAEE6411C47FFE65D10C243016FA17130950541 | 08/08/2024 16:38:10 | Blacked | 08/06/2024 | 08/14/2024 | PA0002484881 |
| 6 | Info Hash: ACC48C9AA7D6F7FF553B5F8E6A43FE3F9533B752<br>File Hash: 68F1FCE60739F385B39C34183A5C44DEF878D271E1129D0B4E7AE59A8BEA3277 | 08/03/2024 10:29:05 | Milfy | 08/23/2023 | 12/05/2023 | PA0002443638 |
| 7 | Info Hash: F1B0EAE5505DA0608073D1004992540A98FC549E<br>File Hash: 4124307C68C98B2E24B5DF3CB04081717DD8C036A4E81421AD9ECC35987F639C | 08/01/2024 22:36:08 | Milfy | 07/26/2023 | 08/22/2023 | PA0002431040 |
| 8 | Info Hash: 21487DF413D85263D3D83585C4C0FC3B2CE8AAFF<br>File Hash: B62DB9423F02CF86F9FA9622ECB66F3D7801E525DC94FB484DBBC7B44D0D2E6A | 08/01/2024 22:32:40 | Milfy | 07/19/2023 | 08/22/2023 | PA0002431068 |
| 9 | Info Hash: 7FA8AE773064746988D16E28550B038DE01E2408<br>File Hash: 87FA844C82BBB58C18AB07F1C682372C0528400ABC35F661E2D6808FB7AE226B | 08/01/2024 21:23:44 | Milfy | 08/02/2023 | 08/22/2023 | PA0002431039 |
| 10 | Info Hash: 424F964F6C6A3FF16F4BA8ABD9A2981A2D62D915<br>File Hash: C9861B5BD11EE9A23667EC28F788901095FB8FC394DF8B9D3EAF02EF9CA4F788 | 08/01/2024 21:23:18 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 11 | Info Hash: 9EA7F88F04971469352A1832DF8AD46A49C774DB<br>File Hash: EDD67CB301195299C08639072DEA901FBF37D9DA106E53E7A98CF2DFDD3B3543 | 08/01/2024 21:17:13 | Milfy | 07/31/2024 | 09/17/2024 | PA0002490325 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 92CFA85FCDB68CA66A5431C13FDBEDE88B30B26A<br>File Hash: A33503132989A5CA9242CF4AA65A338713BA2F535808DD8A9865A2183BFFFEA4 | 07/27/2024 17:42:35 | Milfy | 06/28/2023 | 08/22/2023 | PA0002431069 |
| 13 | Info Hash: E3C2AF5D677A43477AF9A2E2A81FBA4CC9E5AA30<br>File Hash: 89EFA71A7086B6F3D75BA2FAB1263AD21371CF4C069934A7DCC249F220A7513A | 07/25/2024 17:33:10 | Milfy | 07/24/2024 | 09/17/2024 | PA0002490321 |
| 14 | Info Hash: 91200735A6FB9EA26EE946F287BE01025D3E0737<br>File Hash: 2F26676A8B40B52EC210C3238CCC343A6DDFB79BB9476A4CEAD6DDF9BCD5C1AD | 07/22/2024 16:20:29 | Tushy | 07/21/2024 | 08/14/2024 | PA0002484840 |
| 15 | Info Hash: 7EEDBB21BB899BB8214503C47CABEFC658F37EB7<br>File Hash: 41DA6D29ACA7A12C024C959EEE01C91D52B0131D3B820D2042776D4ECF7B1642 | 07/18/2024 22:15:20 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 16 | Info Hash: 4DE0176086E7DD1A66EF3B7258206BCE993A86FE<br>File Hash: F000B081587E1E023AE04CD00C99B89CA86C97A6EF556AB35463AA85E4F11C5A | 07/10/2024 23:00:48 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 17 | Info Hash: F38F2DDB58292469374ED21E5EC729D923DF36CF<br>File Hash: 11885EAB946B42C234A0603BCBD5BDA0F4C9DF2E6BF10F710203ABD55BE5AA63 | 07/04/2024 23:25:54 | Milfy | 07/03/2024 | 09/05/2024 | PA0002491137 |
| 18 | Info Hash: B3F5B3D06EBF5B7034607BDE1345F5D319EE2324<br>File Hash: F3D93BA9557D05632022FFB2F1B0152A4ABA91F2239195896B1F6D54C54444B4 | 06/29/2024 19:41:41 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 19 | Info Hash: 204B5A9531B11910A94250BD0F829ADFF42A2763<br>File Hash: 08823DC14B8D1EBE455A0CB097321FF9B6C29E7466CF6F24BE222276448C6148 | 06/29/2024 19:12:53 | Milfy | 06/26/2024 | 09/09/2024 | PA0002491138 |
| 20 | Info Hash: F1BE4863D8D7A2FA684545DA9F214B309F551221<br>File Hash: AD7CE970E12D0BFA4E2FA972F178C23E57BF17BB7951CF776E560C32F1E91FD6 | 06/14/2024 17:37:49 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 21 | Info Hash: FE55BE1957101AFF73FBD64E07ACED821BB68BF1<br>File Hash: 474868A139B7250DFF8B365AC01424CF36614588CFEEE82AA880130EC8E2B375 | 06/14/2024 17:10:13 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 22 | Info Hash: 1D3EBC669A328962D7512EB14B8850B95DBD1E57<br>File Hash: A98BB4DBD2F1A60DD8EEB1FDC374065E1BD4CC5C3087111B1513A4F380FF2351 | 05/27/2024 15:57:05 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 23 | Info Hash: B7F9F6F3AFC4A9A4ACD3861D06686A44BA85993B<br>File Hash: 60C01AF471117FEC35556E494ECA360FACB8702763EB86F6FF23940C2A6C7F2F | 05/27/2024 15:09:37 | Milfy | 03/13/2024 | 06/24/2024 | PA0002477486 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E56915AA4D828E0AD91C2C8B6839CA2B02D929AA<br>File Hash: 8D91CD4113A6881FA2534819A1B2EBB721D368E942CF068BECD7FCD23255C96A | 05/27/2024 15:02:00 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 25 | Info Hash: 8E64C1D01F8D3BA963D0BD4FA091339147960E0C<br>File Hash: DD661F62D0626C8F865F1DE6A66DF10483F11873789A1DC99FFB9DAAF2E0A8F4 | 05/19/2024 00:24:54 | Milfy | 05/08/2024 | 06/20/2024 | PA0002477044 |
| 26 | Info Hash: 7D0F72C94C73C2604A637D5A48E0EBACF0AD9A32<br>File Hash: 6E1218C6DB399D009ABBFBE47FEB8134FFB449B604C75F0DD716463978CDAC5B | 05/19/2024 00:24:51 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 27 | Info Hash: 5D69BC93D3A194EA942CAC720EB78042798A46FF<br>File Hash: A0BADEC97F1FC36FBEFDDAEDFF6A74E5377AA871AA2217E3726F8529499E6318 | 05/16/2024 02:43:08 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 28 | Info Hash: 4C0D7480D4EF504A0CFB928C3AF5F3B08D932875<br>File Hash: 4FA1CBF5481A07E1073D836D5837C259DC709007BABC6610D1CAF8B016FFC8AA | 05/09/2024 21:59:53 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 29 | Info Hash: 4F7D305ED38C774AC64A83E54C441B33C4F379C6<br>File Hash: 4F1E71F753FAE9A854767226813C5EED50666AA5E705A17BDB4B4401122B9143 | 04/29/2024 17:36:36 | Milfy | 04/10/2024 | 06/24/2024 | PA0002477492 |
| 30 | Info Hash: AF026E86152381F4746004A302679E62BA396824<br>File Hash: 19CC4C278394348CB3EB761ACF56F7EB8E159AE271B77AD6FF9ADAC397F64D9A | 04/25/2024 23:55:17 | Milfy | 04/17/2024 | 06/24/2024 | PA0002477490 |
| 31 | Info Hash: EC5A12ADB617B2E094C4064CB7C555B7C44FAAEA<br>File Hash: D15ED4E9E94497C20EF46EE241F36EF8235A206B073E67D411822657419C7022 | 04/19/2024 16:44:17 | Tushy | 04/14/2024 | 05/08/2024 | PA0002470012 |
| 32 | Info Hash: CAE9F6507E77B2234479A4FD9F56866025D0B1FE<br>File Hash: C221A6297936EBD860811DAB6CB367533E90C96815D33DF10686755645F0EB34 | 04/10/2024 00:13:35 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 33 | Info Hash: 7DFA9E0B37D52EAFDAF25A95AD45D786F5C46215<br>File Hash: FD5D84F5AE3804F0CAC9DA2557C4A75F0A8A1DA222AF4293F0EB807450D06692 | 04/09/2024 22:46:42 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |